BETTY BROOKSHIRE MERCER, *Appellant,* v. THE
STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 60015, Daniel J. Berschauer, J., entered
March 18, 1985. *Affirmed* by unpublished opinion per
Howard, J. Pro Tem., concurred in by Dolliver and Steiner,

JJ. Pro Tem. Now published at 48 Wn. App. 496.